# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**U.S.A. vs. FRANK CZERWINSKI**

Docket No. 3:01CR00100(PCD)
3:01CR00275(PCD)

FILED
2007 OCT -2 P 12: 25
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Ray Lopez, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Frank Czerwinski who was sentenced to 41 months' imprisonment for a violation of 18 U.S.C. 2113(a) by the Honorable Peter C. Dorsey, Senior U.S. District Court Judge, sitting in the court at New Haven, Connecticut on June 29, 2006, who fixed the period of supervision at 3 years which commenced on August 30, 2006 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1) psychiatric/psychological testing and/or in-patient/out-patient mental health counseling as approved by the probation officer; 2) substance abuse treatment and/or in-patient/out-patient counseling as approved by the probation officer, to include random urine testing; 3) educational and/or vocational training as approved by the probation officer; 4) obtain and maintain full employment; and 5) $4,850 restitution.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of supervised release:

<u>Charge No. 1</u>- The defendant shall not leave the judicial district or other specified geographic area without the permission of the court or the probation officer:

On or about September 26, 2007, the defendant left the Eastern District of Pennsylvania and traveled to the District of Maryland without the permission of the court or probation officer.

<u>Charge No. 2</u>- The defendant shall notify the probation officer at least ten days prior to any change in residence or employment:

On September 28, 2007, the probation officer arrived at 2058 Hackett Avenue, Easton, Pennsylvania, the defendant's reported residence, and was advised by the defendant's family members that he left the residence two weeks earlier and his whereabouts are unknown.

**PRAYING THAT THE COURT WILL ORDER** a warrant to issue with the period of supervision tolled, ordering Frank Czerwinski to be presented before the Court to show cause why his term of supervised release should no be revoked.

**ORDER OF COURT**

Considered and ordered this 2nd day of October, 2007 and ordered filed and made a part of the records in the above case.

The Honorable Janet C. Hall
United States District Judge

Sworn to By

Ray Lopez
Senior United States Probation Officer

Place B'port, CT
Date Oct. 2, 2007

Before me, the Honorable Janet C. Hall, United States District Judge, on this 2nd day of October, 2007, at Bridgeport, Connecticut, Senior U.S. Probation Officer Ray Lopez appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

The Honorable Janet C. Hall
United States District Judge