AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

FILED
2007 NOV 16  P 12:09

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

FRANK CZERWINSKI

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 01 CR 100 (PCD)
01 CR 275 (PCD)

I, FRANK CZERWINSKI, charged in a (complaint) (petition) pending in the Eastern District of Pennsylvania (+ this district) with Violation of Supervised Release

in violation of Title _____, U.S.C., _____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
Defendant

11/16/07
Date

_____
Counsel for Defendant