IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

----------------------------------------------------x
:
UNITED STATES OF AMERICA         :         3:01 CR 100 (PCD)
:         3:01 CR 275 (PCD)
v.                               :
:
FRANK CZERWINSKI                 :         DATE: NOVEMBER 16, 2007
:
----------------------------------------------------x

## ORDER OF DETENTION

Defense counsel agrees that the Government's motion for detention may be <u>granted</u>, without prejudice to defendant filing a motion for reconsideration upon his arrival in the U.S. District Court for the Eastern District of Pennsylvania.

Dated at New Haven, Connecticut, this 16th day of November, 2007.

                              __/s/_____
                              Joan G. Margolis
                              U.S. Magistrate Judge